

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

September 27, 1977

Honorable Dorman H. Winfrey          Opinion No. H-1061
Director & Librarian
Texas State Library                  Re:  Whether the State
Box 12927, Capitol Station           Library may authorize
Austin, Texas  78711                 receipt of fewer than 150
                                     copies of a state publi-
                                     cation.

Dear Mr. Winfrey:

     You have requested our opinion concerning whether the
State Library may authorize the printing of fewer than 150
copies of state publications.

     Article 5442a, V.T.C.S., provides:

> On the requisition of the State Librarian
> therefor, the Board of Control shall cause
> to be printed and furnished to the State
> Library for distribution and exchange the
> following publications, or such additional
> number as said librarian shall request:
> 150 copies of all annual, biennial and
> special reports of state departments,
> boards and institutions, findings of all
> investigations, bulletins, circulars, laws
> issued as separates, and legislative
> manuals, and 150 copies of all other publi-
> cations, except routine business forms and
> court reports.  No accounts for such printing
> shall be approved and no warrants shall be
> issued therefor, until the Board of Control
> is furnished by the contract printer with
> the receipt of the Librarian for such
> publications.

     The statute expressly requires 150 copies "or such
additional number as said librarian shall request." (Emphasis
added).  Furthermore, article 5442a, section 3 provides:

p. 4356

> Each state agency shall furnish the
> Texas State Library or the legislative
> reference library with state documents
> in the quantity specified in Article
> 5442, Revised Civil Statues of Texas,
> 1925, as amended.

Since the "quantity specified in article 5442" is 150 or more, in our opinion, the clear words of the Legislature require the printing of a minimum of 150 copies for the State Library, where the State Librarian requisitions a document from the Board of Control.  Of course whether a document is to be requisitioned is a matter within the discretion of the State Librarian as limited by law.  See V.T.C.S. art. 5441.

## S U M M A R Y

> The State Library may not authorize the
> printing and furnishing of fewer than 150
> copies of state publications other than
> routine business forms and court reports;
> where the State Librarian has requisitioned
> a document, at least 150 copies must be
> furnished.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst